# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157705(128)

DEBORAH LYNN FOSTER,
      Plaintiff/Counter-Defendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counter-Plaintiff-
      Appellant.
_____/

SC: 157705
COA: 324853
Dickinson CC: 07-015064-DM

     On order of the Chief Justice, the motion of Operation Firing for Effect, Forgotten Warriors Project, Inc., and Veterans of Foreign Wars Insurance Institute of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 19, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk